# EXHIBIT A



[ **FOX RESPONDS: HELPING FLATTEN THE CURVE WITH HOUSE CALLS** ]

This is undoubtedly an unprecedented period in the history of the nation, and certainly for all of us within the healthcare arena as we face the threat of coronavirus (COVID-19). As always, the health and well-being of our colleagues, patients, and partners is a top priority to all of us at our practice. We wanted to take the opportunity to inform you that FOX Rehabilitation as a practice is continuing to move forward treating your older adult patients; and as of today, the CDC recognizes physical, occupational, and speech therapists as essential medical services that should in fact continue at this delicate time. Please feel free to share this update with your colleagues and community.

Public health experts urge Americans to stay away from one another, which could lead to social isolation, already a problem in our older adult population. Social distancing is the necessary recommendation to combat COVID-19, yet undoubtedly will have unfavorable effects on access to care and management of chronic conditions, along with overall quality of life.

**With no homebound status or face-to-face requirement in order to start or resume care,** FOX's Geriatric House Calls™ therapy model has an important role in controlling the spread of COVID-19 as well as assuring adverse outcomes to our older patients are minimized:

- FOX physical, occupational, and speech therapists can prescribe skilled interventions within the home, supporting both the acute and chronic population with the highest need, preventing unnecessary appointments, emergency department visits, and hospitalizations.

- It is within the scope of practice for FOX clinicians to manage and monitor vitals and symptoms, based on the guidelines of the CDC and Federal Government.

- Recommendations on alterations, adjustments, or additions to the home environment that affect the layout and structure of the home, all while increasing safety—adequate food, paper goods, medical supplies, medication compliance, etc.

- Multidisciplinary, home-based therapy approach is effective in the identification of an older adult's patterns of daily living, caregiver specific needs, interests, and values to determine the necessary interventions in order to remain active and involved.

- FOX clinicians are continually informed of all CDC and Federal recommendations and procedures, including universal precautions to prevent virus transmission—we are vigilantly following these protocols.

The situation across the nation is constantly evolving, future communications will as well. Thank you for your continued confidence in FOX in assisting in the care for your older adult population, especially under these critical conditions. **Let's continue to stand together as a community to support and uplift one another.**

**FOR MORE INFORMATION CONTACT FOX REHABILITATION AT 1.877.407.3422.**

FOXREHAB.ORG     TIM FOX, PT, DPT, GCS-Emeritus, CCI  |  LIC #40QA00702100  |  7 Carnegie Plaza, Cherry Hill, NJ 08003  |  2020-0154-06