# EXHIBIT B

Case 2:21-cv-01580-MMB   Document 1-2   Filed 04/02/21   Page 2 of 2

# FOX RESPONDS TO COVID-19

## HELPING FLATTEN THE CURVE WITH HOUSE CALLS

**THE FOX MODEL SUPPORTS ACCESS TO CARE THAT REDUCES HOSPITALIZATION RISK, ENHANCES SOCIAL DISTANCING, AND FACILITATES:**

- Vital sign monitoring for high risk patients

- Hygiene education

- Patient/caregiver education on CDC prevention guidelines

- Facilitation of telehealth visits w/other healthcare providers

- Hospital admission reduction strategies

- Plans of care focused on fall risk, home modification, ADL dysfunction, communication strategies, and more

GERIATRIC HOUSE CALLS™
MEDICARE PART B PROVIDER
PT/OT/SLP EVAL & TREATMENT
NO HOMEBOUND STATUS REQUIRED
NO FACE-TO-FACE REQUIRED
NO HOSPITALIZATION REQUIRED



**PHYSICAL, OCCUPATIONAL, & SPEECH THERAPY.
FOX REHABILITATES LIVES.**

**T** 877.407.3422  |  **W** foxrehab.org

TIM FOX, PT, DPT, GCS-EMERITUS, CCI  |  LIC. #40QA00702100  |  2020-0156-DB