IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN A. CONNER DPM, P.C.,** *Individually and on behalf of all others similarly situated.* *Plaintiff* v. **FOX REHABILITATION SERVICES, P.C.,** *Defendant.* | **CIVIL ACTION NO. 21-cv-1580** |

### ORDER RE: PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 6th day of September, 2022, it is hereby **ORDERED** that, for the reasons stated in the foregoing Memorandum,

1. Upon consideration of Plaintiff's Motion for Class Certification (ECF 50), the related briefing,[1] and the arguments made during a recorded teleconference on August 1, 2022, Plaintiff's Motion is **DENIED**; and

2. Upon consideration of Defendant's Motion for Summary Judgment (ECF 63), the related briefing,[2] and the arguments made during a recorded teleconference on August 18, 2022, Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, U.S.D.J.

---

[1] Motion for Class Certification (ECF 50), Defendant Fox's Brief in Opposition to Motion for Class Certification (ECF 54), Plaintiff's Reply Memorandum in Support of its Motion for Class Certification (ECF 57), and Defendant Fox's Sur-Reply in Opposition to Motion for Class Certification (ECF 69).

[2] Defendant's Motion for Summary Judgment (ECF 63), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF 72), and Defendant's Reply Brief in Support of Summary Judgment (ECF 79).