IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN A CONNER DPM, P.C.,** *individually and on behalf of all others similarly situated* <br><br> v. <br><br> **FOX REHABILITATION SERVICES, P.C.,** | **CIVIL ACTION NO. 21-1580** |

## ORDER OF DECISION

**AND NOW**, this 24th day of February 2023, for the reasons stated in the foregoing Memorandum and Appendices and based on the trial record, it is hereby **ORDERED**:

1. Judgment on all issues of liability arising under the Federal Telecommunications Consumer Protection Act ("TCPA") of 1991 are entered in favor of Plaintiff, but claims based on common law conversion are rejected.

2. Counsel for Plaintiff shall serve on Defendant a statement of proposed damages within seven (7) days.

3. Counsel for both parties shall discuss the requested damages and file either a stipulated statement of damages to be entered by the Court on the judgment entered in this case, or separate statements of damages, within fourteen (14) days.

4. If either party desires an evidentiary hearing on the subject of damages, they should so state in their submission.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**