UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN A. CONNER DPM, P.C.,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**FOX REHABILITATION SERVICES, P.C.,**<br><br>    Defendant. | **Civil Action No. 2:21-cv-1580** |

# FINAL JUDGMENT ORDER

For the reasons discussed in the Court's February 24, 2023 Order (Doc. 155), final judgment is entered in favor of Plaintiff and against Defendant Fox Rehabilitation Services, P.C., in the total amount of $4,000.00, plus costs. This is a final and appealable order pursuant to Federal Rule of Civil Procedure 58.

　　IT IS SO ORDERED.

Dated: 4/3/2023

/s/ Michael M. Baylson
_____
Hon. Michael M. Baylson